# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 3:01:14 PM
DEBBIE AUTREY
Clerk

December 10, 2015

Ms. Debbie Autrey
Sixth Court of Appeals
100 N. State Line Avenue, Suite 20
Texarkana, Texas 75501

**RE: 06-15-00080-CV;     D-1-GN-12-002006**

Dear Ms. Autrey,

A clerk's record in cause number, D-1-GN-12-002006 and Court of Appeals number 06-15-0008-CV, styled, JOHN BOWERS V BANK OF AMERICA, is due in your office December 10, 2015.  This office has not received payment or a designation of clerk's record as of today, December 10, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
Travis County District Clerk's Office
Civil Division
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |